Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KAPU GEMS and KAPU GEMS LTD., )
                                   Plaintiff(s), )
     v. )
DIAMOND IMPORTS, INC. and )
YAIR YACHDAV, )
                                  Defendant(s). )

Case No: 15-cv-3531

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anthony Paduano, an active member in good standing of the bar of see attached, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Kapu Gems and Kapu Gems Ltd. in the above-entitled action. My local co-counsel in this case is Abe Lampart, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Paduano & Weintraub LLP | Law Offices of Abe Lampart, P.C. |
| 1251 Avenue of the Americas, Ninth Floor | 456 Montgomery Street, Suite 1300 |
| New York, New York 10020 | San Francisco, California 94104 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (212) 785-9100 | (415) 274-0999 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| ap@pwlawyers.com | abe@lampartlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1937499.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/06/15

                                                                  Anthony Paduano
                                                                  APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anthony Paduano is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 7, 2015

                                                   *Maxine M. Chesney*
                                               UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

## Anthony Paduano Admissions:

- State Bar of New York, First Department, 07/25/1984; Registration No. 1937499
- State Bar of New Jersey, 12/20/1984; License No. 380-1984
- U.S.D.C., District of New Jersey, 12/20/1984
- U.S. Court of Appeals for the Third Circuit, 05/1985
- The United States Supreme Court, 08/21/1987
- U.S.D.C., Southern District of New York, 04/19/1988
- U.S. Court of Appeals for the Second Circuit, 06/03/1991
- U.S.D.C., Eastern District of New York, 09/17/1991
- U.S.D.C., Eastern District of Michigan, 12/11/1997
- U.S.D.C., Northern District of New York, 09/25/1998
- U.S.D.C., Eastern District of Wisconsin, 02/24/2003
- U.S. Court of Appeals for the Fifth Circuit, 07/14/2004
- U.S.D.C., Western District of New York, 06/22/2006
- U.S.D.C., Central District of Illinois, 11/30/2007
- U.S. Court of Appeals for the Eleventh Circuit, 09/19/2011
- U.S. Court of Appeals for the Fourth Circuit, 10/26/2012

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANTHONY JOHN PADUANO

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 30, 1984**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**July 31, 2015**

*Clerk of the Court*

564