United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DIAMOND IMPORTS, INC., et al.<br><br>　　　　Defendants.<br>_____/ | No. C-15-3531 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　　　On September 18, 2015, defendants electronically filed their "Motion to Dismiss Plaintiffs' Complaint."  Defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document and all attachments thereto.  Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but

not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 28, 2015

                                              MAXINE M. CHESNEY
                                              United States District Judge