1  LAW OFFICES OF ABE LAMPART, P.C.
   ABE LAMPART (SBN 92406, NYS Bar #1653633)
2  CHRISTINE PHAM (SBN 227033)
   456 Montgomery Street, Suite 1300
3  San Francisco, CA 94104
   Telephone:   415-274-0999
4  Facsimile:   415-274-2563
   Email address: abe@lampartlaw.com
5
   Attorneys for Plaintiffs
6  KAPU GEMS and KAPU GEMS LTD.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| KAPU GEMS and KAPU GEMS LTD., | CASE NO. 3:15-cv-03531-MMC |
| Plaintiffs, | **[PROPOSED]** SCHEDULING ORDER ON DEFENDANTS' MOTION TO DISMISS COMPLAINT |
| v. | |
| DIAMOND IMPORTS, INC. and YAIR YACHDAV, | |
| Defendants. | |

Defendants Diamond Imports, Inc. and Yair Yachdav (collectively, "Defendants") having moved pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Complaint of Plaintiffs Kapu Gems and Kapu Gems Ltd. (collectively, "Plaintiffs"), and Defendants having noticed a hearing on their Motion to Dismiss for October 23, 2015, and

Plaintiffs and Defendants having stipulated pursuant to Fed. R. Civ. P. 6(b)(1)(A) and USDC Northern District of California Civil Local Rule 6-1(a), through their respective counsel, that because the press of business prevents counsel from being able to prepare a response to the Motion to Dismiss within the time required, Plaintiffs shall have an extension up to and including October 23, 2015 to respond to Defendants' Motion to Dismiss, and Defendants shall have an extension up to and including October 30, 2015 to reply to Plaintiffs' Opposition to Motion to Dismiss;

1  **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED** that the following schedule on Defendants' Motion to Dismiss is established:

(1)  Plaintiffs shall have an extension up to and including October 23, 2015 to respond to Defendants' Motion to Dismiss;

(2)  Defendants shall have an extension up to and including October 30, 2015 to reply to Plaintiffs' Opposition to Motion to Dismiss; and

(3)  A hearing on Defendants' Motion to Dismiss shall be held on November 13, 2015 at 9:00 AM before this Court in Courtroom 7 of the above-entitled Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102.

(4)  In light of the above, the Case Management Conference, presently scheduled for November 6, 2015, is hereby CONTINUED to January 15, 2016.

Dated: October 2, 2015

Maxine M. Chesney
United States District Judge