1  LAW OFFICES OF ABE LAMPART, P.C.
   ABE LAMPART (SBN 92406, NYS Bar #1653633)
2  CHRISTINE PHAM (SBN 227033)
   456 Montgomery Street, Suite 1300
3  San Francisco, CA  94104
   Telephone:     415-274-0999
4  Facsimile:     415-274-2563
   Email address:  abe@lampartlaw.com
5
   Attorneys for Plaintiffs
6  KAPU GEMS and KAPU GEMS LTD.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

| | |
|---|---|
| KAPU GEMS and KAPU GEMS LTD., | CASE NO.  3:15-cv-03531-MMC |
| Plaintiffs, | [PROPOSED] SCHEDULING ORDER ON DEFENDANTS' MOTION TO DISMISS COMPLAINT |
| v. | |
| DIAMOND IMPORTS, INC. and YAIR YACHDAV, | |
| Defendants. | |

Defendants Diamond Imports, Inc. and Yair Yachdav (collectively, "Defendants") having moved pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Complaint of Plaintiffs Kapu Gems and Kapu Gems Ltd. (collectively, "Plaintiffs"), and a hearing on the Motion to Dismiss having been scheduled for November 13, 2015, and

Plaintiffs and Defendants having stipulated pursuant to Fed. R. Civ. P. 6(b)(1)(A) and USDC Northern District of California Civil Local Rule 6-1(a), through their respective counsel, that because Plaintiffs' counsel has a previously scheduled hearing on November 13, 2015 in an arbitration before the Financial Industry Regulatory Authority entitled Christensen v. Nauman, et al., FINRA Case No. 14-03870 and therefore cannot appear before this Court on that date, the hearing on Defendants' Motion to Dismiss should be rescheduled to a date mutually agreeable to the parties and the Court;

1    **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED** that the following schedule on

2  Defendants' Motion to Dismiss is established:

3    (1)  Plaintiffs' opposition to Defendants' Motion to Dismiss is due October 23, 2015;

4    (2)  Defendants' reply in further support of their Motion to Dismiss is due October 30, 2015;

5  and

6    (3)  A hearing on Defendants' Motion to Dismiss shall be held on December 4, 2015 at 9:00

7  AM before this Court in Courtroom 7 of the above-entitled Court, located at 450 Golden Gate Avenue,

8  19th Floor, San Francisco, California 94102.

9

10

11                                    Maxine M. Chesney

12  Dated: October 28, 2015            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULING ORDER ON DEFENDANTS' MOTION TO DISMISS          CASE NO.  3:15-cv-03531-MMC