IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS and KAPU GEMS LTD., | No. C-15-3531 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| DIAMOND IMPORTS, INC. and YAIR YACHDAV, | |
| Defendants. | |

Before the Court is defendants' "Motion to Dismiss Plaintiffs' Complaint," filed September 18, 2015. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for December 4, 2015.

**IT IS SO ORDERED.**

Dated: December 1, 2015

MAXINE M. CHESNEY
United States District Judge