IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS and KAPU GEMS LTD., | No. C-15-3531 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS; AFFORDING PLAINTIFFS LEAVE TO AMEND** |
| v. | |
| DIAMOND IMPORTS, INC. and YAIR YACHDAV, | |
| Defendants. | |

    Before the Court is defendants' motion to dismiss, filed September 18, 2015. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court, for the reasons stated on the record at the hearing conducted this date in conjunction with the Case Management Conference, rules as follows:

    1. To the extent defendants seek dismissal on the ground that plaintiffs lack the capacity to sue, the motion is DENIED.

    2. In all other respects, the motion is GRANTED, and plaintiffs are afforded leave to amend their First (Account Stated), Second (Breach of Contract), and Third (Conversion) Causes of Action.

3. Plaintiffs' Amended Complaint shall be filed no later than February 5, 2016.

**IT IS SO ORDERED.**

Dated: January 15, 2016

MAXINE M. CHESNEY
United States District Judge