IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al., <br><br>      Plaintiffs, <br><br>  v. <br><br>DIAMOND IMPORTS, INC., et al., <br><br>      Defendants. <br>_____/ | No. C-15-3531 MMC <br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

      On February 19, 2016, defendants Diamond Imports, Inc. and Yair Yachdav electronically filed their "Answer to the First Amended Complaint" (see Doc. No. 47), and defendant Diamond Imports, Inc. electronically filed its "Counterclaim for Damages" (see Doc. No. 48).  Defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents.  Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically

1  filed document, the Court may impose sanctions, including, but not limited to, striking from
2  the record any electronically filed document for which a chambers copy has not been timely
3  provided to the Court.
4      **IT IS SO ORDERED.**
5
6  Dated: March 14, 2016
7                                              MAXINE M. CHESNEY
                                                United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28