IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al., | No. C-15-3531 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON COUNTERDEFENDANTS' MOTION TO DISMISS** |
| v. | |
| DIAMOND IMPORTS, INC., et al., | |
| Defendants. | |

Before the Court is counterdefendants Kapu Gems and Kapu Gems Ltd.'s "Motion to Dismiss Diamond Imports, Inc.'s Counterclaim for Damages," filed March 11, 2016. Counterclaimant Diamond Imports, Inc. has filed opposition, to which counterdefendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for April 15, 2016.

**IT IS SO ORDERED.**

Dated: April 12, 2016

MAXINE M. CHESNEY
United States District Judge