IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al., | No. C-15-3531 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARING ON COUNTERDEFENDANT KALPESH VAGHANI'S MOTION TO DISMISS** |
| v. | |
| DIAMOND IMPORTS, et al., | |
| Defendants / | |

The hearing date for counterdefendant Kalpesh Vaghani's Motion to Dismiss, filed May 31, 2016, is hereby CONTINUED from June 24, 2016, to July 8, 2016.  See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after filing of the motion").

**IT IS SO ORDERED.**

Dated:  June 2, 2016

MAXINE M. CHESNEY
United States District Judge