Ronald D. Foreman, Esq. (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Tel: (415) 433-3475
Fax: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorney for Defendants
Diamond Imports, Inc. and
Yair Yachdav

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KALPESH and KALPESH LTD.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DIAMOND IMPORTS, INC. and YAIR YACHDAV,<br><br>    Defendant. | CASE NO. 3:15-cv-03531-MMC<br><br>[PROPOSED] SCHEDULING ORDER ON COUNTER-DEFENDANT KALPESH VAGHANI'S MOTION TO DISMISS DIAMOND IMPORTS, INC.'S COUNTERCLAIM FOR DAMAGES; CONTINUING HEARING ON MOTION TO DISMISS TO JULY 22, 2016 |

Counter-Defendant Kalpesh Vaghani ("Vaghani") having moved pursuant to Fed.R.Civ. P.12(b)(6) to dismiss the Counterclaim of Defendant Diamond Imports, Inc. and Vaghani having noticed a hearing on the Motion to Dismiss for June 24, 2016. On June 2, 2016, the Court has moved the June 24, 2016 hearing to July 8, 2016.

Defendant Diamond Imports, Inc. and Counter-Defendant Kalpesh Vaghani having stipulated pursuant to Fed.R.Civ.P.6(b)(1)(A) and USDC Northern District of California Civil Local Rule 6-1(a), though their respective counsel that because the press of business prevents counsel from being able to prepare a response to the Motion to Dismiss within the time required, Defendant shall have an extension up to and including June 21, 2016 to respond to Vaghani's Motion to Dismiss and Counter-Defendant shall have an extension up to and including June 28,

[PROPOSED] SCHEDULING ORDER ON COUNTERDEFENDANT KALPESH VAGHANI'S MOTION TO DISMISS

2016 to reply to Defendant Diamond Imports, Inc.'s Opposition to Motion to Dismiss;

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED** that the following schedule on Counter-Defendant Kalpesh Vaghani's Motion to Dismiss is established:

(1) Defendant Diamond Imports, Inc.'s shall have an extension up to and including June 21, 2016 to respond to Counter-Defendant Kalpesh Vaghani's Motion to Dismiss; and

(2) Counter-Defendant Kalpesh Vaghani's shall have an extension up to and including June 28, 2016 to reply to Defendant Diamond Imports, Inc.'s Opposition to Motion to Dismiss.

IT IS FURTHER ORDERED that, in light of the extensions granted, the hearing on the Motion to Dismiss is hereby CONTINUED to July 22, 2016, the Court being unavailable on July 15, 2016.

DATED: June 14, 2016

_____
Maxine M. Chesney
United States District Judge