LAW OFFICES OF ABE LAMPART, P.C.
ABE LAMPART (SBN 92406, NYS Bar #1653633)
CHRISTINE PHAM (SBN 227033)
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Telephone:   415-274-0999
Facsimile:    415-274-2563
Email address: abe@lampartlaw.com

PADUANO & WEINTRAUB LLP
ANTHONY PADUANO (admitted *pro hac vice*)
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone:   212-785-9100
Facsimile:    212-785-9099
Email address: ap@pwlawyers.com

Attorneys for Counterdefendant Kalpesh Vaghani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS and KAPU GEMS LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND IMPORTS, INC.<br>and YAIR YACHDAV,<br><br>Defendants. | Case No. CV 15-03531-MMC<br><br>**[PROPOSED] ORDER RESCHEDULING HEARING ON KALPESH VAGHANI'S MOTION TO DISMISS COUNTERCLAIM FOR DAMAGES** |
| DIAMOND IMPORTS, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>KAPU GEMS, KAPU GEMS LTD.,<br>and KALPESH VAGHANI.<br><br>Counterdefendants. | |

Page **1** of **3**
[PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO DISMISS  CASE NO.  3:15-cv-03531-MMC

Counterdefendant Kalpesh Vaghani ("Vaghani"), having moved pursuant to Fed. R. Civ Proc. 4(a)(1)(c), 4(a)(1)(F) and 4(a)(1)(G), Fed. R. Civ. Proc. 5(b)(2)(B)(i), Fed. R. Civ. Proc. 12(b)(6), and Fed. R. Civ. Proc. (9)(b) to dismiss the Counterclaim for Damages of Defendant Diamond Imports, Inc., and a hearing on the Motion to Dismiss having been scheduled before this Court on July 22, 2016 at 9:00 AM; and

Vaghani having met and conferred with Defendants on June 15, 2016 to reschedule the hearing and having been unable to reach a consensus; and

Vaghani having moved pursuant to Fed. R. Civ. P. 6(b)(1)(A) and USDC Northern District of California Civil Local Rule 6-1(a), that because Vaghani's counsel has a previously scheduled final pre-trial conference at 8:30 AM on July 22, 2016 in a litigation before the Arizona Maricopa County Superior Court entitled <u>4Front Advisors, LLC v. 203 Organix, LLC</u>, Case. No. CV2014-004980 for which he is lead counsel for the defendant and where a jury trial is set to commence on August 15, 2016 and therefore cannot appear before this Court on the date previously Ordered;

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED** that the following schedule on Vaghani's Motion to Dismiss is established:

~~(1) A hearing on Vaghani's Motion to the Dismiss shall be held on July 22, 2016, at 2:30 PM before this Court in Courtroom 7 of the above-entitled Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102.; or~~

~~(2)~~ A hearing on Vaghani's Motion to the Dismiss shall be held on August 12, 2016 at  9:00 a.m.  before this Court in Courtroom 7 of the above-entitled Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102~~; or~~ .

Law Offices of Abe Lampart, P.C.
456 Montgomery St.
San Francisco CA 94104

1  ~~(3) A hearing on Vaghani's Motion to the Dismiss shall be held on August 19, 2016 at~~
2  ~~_____ before this Court in Courtroom 7 of the above-entitled Court, located at~~
3  ~~450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102.~~

Dated: June 20, 2016

*Maxine M. Chesney* (signature)
Maxine M. Chesney
United States District Judge

Law Offices of Abe Lampart, P.C.
456 Montgomery St.
San Francisco CA 94104