IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIAMOND IMPORTS, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03531-MMC<br><br>**ORDER AUTHORIZING MAGISTRATE JUDGE CORLEY TO AMEND PRETRIAL PREPARATION ORDER**<br><br>Re: Dkt. No. 72 |

By order filed July 8, 2016, all discovery disputes arising in the above-titled action were referred to the Honorable Jacqueline Scott Corley. On July 14, 2016, plaintiffs filed a "Motion to Extend Time for Discovery," which plaintiffs noticed for hearing before said Magistrate Judge. In the event Magistrate Judge Corley finds good cause has been shown for the requested extension, she may extend, to the extent she deems appropriate, the current deadlines for non-expert discovery, expert discovery, and dispositive motions. (See Pretrial Preparation Order, filed January 21, 2016.)

**IT IS SO ORDERED.**

Dated: July 18, 2016

                                        MAXINE M. CHESNEY
                                        United States District Judge