UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND IMPORTS, INC., et al., <br><br> Defendants. | Case No.  15-cv-03531-MMC   (JSC) <br><br> **ORDER RE: DISCOVERY DISPUTE** <br><br> Re: Dkt. Nos. 70 & 72 |

On July 13, 2016, discovery disputes in this action were referred to the undersigned magistrate judge including Plaintiffs' Motion to Compel discovery (Dkt. No. 70).  In her referral order, Judge Chesney directed the parties to meet and confer regarding the pending discovery dispute and file a joint letter brief explaining the dispute.  (Dkt. No. 71.)  The parties shall file said joint letter brief by July 25, 2016 in accordance with this Court's Standing Order.  The letter brief shall include a brief statement of the parties' positions regarding Plaintiffs' subsequent motion for an extension of time to complete discovery (Dkt. No. 72).  Upon receipt of the joint letter brief, the Court will notify the parties whether a hearing is necessary.

**IT IS SO ORDERED.**

Dated: July 19, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge