IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al., | No. C-15-3531 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON COUNTERDEFENDANT'S MOTION TO DISMISS** |
| v. | |
| DIAMOND IMPORTS, INC., et al., | |
| Defendants. | |

Before the Court is counterdefendant Kalpesh Vaghani's "Motion to Dismiss Diamond Imports, Inc.'s Counterclaim for Damages," filed May 31, 2016. Counterclaimant Diamond Imports, Inc. has filed opposition, to which counterdefendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for August 12, 2016.

**IT IS SO ORDERED.**

Dated: August 9, 2016

MAXINE M. CHESNEY
United States District Judge