IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DIAMOND IMPORTS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03531-MMC<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE** |

　　　A number of rulings having been made since the mediation conducted earlier this year, the above-titled action is hereby REFERRED to Magistrate Judge Joseph C. Spero for the purpose of conducting a settlement conference and determining, in consultation with the parties, the most appropriate time to commence those discussions.

　　　**IT IS SO ORDERED.**

Dated: September 16, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge