IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DIAMOND IMPORTS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-03531-MMC<br><br>**ORDER VACATING HEARING ON COUNTERDEFENDANT'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM** |

　　　Before the Court is counterdefendant Kapu Gems' "Partial Motion to Dismiss Diamond Import Inc.'s First Amended Counterclaim for Damages," filed September 21, 2016. Counterclaimant Diamond Imports, Inc. has filed opposition, to which counterdefendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for November 18, 2016.

　　　**IT IS SO ORDERED.**

Dated: November 10, 2016

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge