Ronald D. Foreman, Esq. (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Tel: (415) 433-3475
Fax: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorney for Defendants and Counterclaimants
Diamond Imports, Inc. and Yair Yachdav

# UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KAPU GEMS and KAPU GEMS LTD., <br><br>    Plaintiffs, <br><br> vs. <br><br> DIAMOND IMPORTS, INC. and YAIR YACHDAV, <br><br>    Defendants. | CASE NO. 3:15-cv-03531-MMC <br><br> **[PROPOSED]** ORDER GRANTING DEFENDANTS DIAMOND IMPORTS, INC.'S AND YAIR YACHDAV'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE THE RESPONSE AND REPLY BRIEFS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT <br><br><br> **Fed. R. Civ. P. 6(b)(1)(A)** <br> **CIVIL LOCAL RULE 7-2(A), 7-2(C)** <br><br> Honorable ~~Jacqueline Scott Corley~~ Maxine M. Chesney |
| DIAMOND IMPORTS, INC., <br><br>    Counterclaimant, <br><br> vs. <br><br> KAPU GEMS, KAPU GEMS LTD, KALPESH VAGHANI, <br><br>    Counterdefendants. | |

[PROPOSED] ORDER
CASE NO. CASE NO. 3:15-cv-03531-MMC

1

Upon consideration of Defendants' Unopposed Administrative Motion To Extend Time To File The Response And Reply Briefs To Plaintiffs' Motion For Summary Judgment, and Good Cause appearing, IT IS HEREBY ORDERED that:

Defendants' Motion is **GRANTED**, as follows:

1. The current Response brief due date of November 18, 2016 is continued to December 2, 2016;

2. The current Reply brief due date of November 25, 2016 is continued to December 16, 2016.

**IT IS SO ORDERED**

DATED: November 16, 2016

MAXINE M. CHESNEY
~~JACQUELINE SCOTT CORLEY~~
HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

[~~PROPOSED~~] ORDER
CASE NO. CASE NO.  3:15-cv-03531-MMC

2