Ronald D. Foreman, Esq. (SBN 61148)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Tel: (415) 433-3475
Fax: (415) 781-8030
Email: foremanandbrasso@foremanandbrasso.com

Attorney for Defendants and Counterclaimants
Diamond Imports, Inc. and Yair Yachdav

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAPU GEMS and KAPU GEMS LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> DIAMOND IMPORTS, INC. and YAIR YACHDAV, <br><br> Defendants. | CASE NO. 3:15-cv-03531-MMC <br><br> [PROPOSED] ORDER DENYING KAPU GEMS' MOTION TO AMEND THE PRETRIAL PREPARATION ORDER <br><br> **Fed. R. Civ. P. 16(b)(4), and (d)** <br> **Civil Local Rule 6-3(a)** <br><br> Honorable Maxine M. Chesney |
| DIAMOND IMPORTS, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> KAPU GEMS, KAPU GEMS LTD, KALPESH VAGHANI, <br><br> Counterdefendants. | |

    Plaintiff Kapu Gems having moved pursuant to Fed. R. Civ. P. 16(d) and USDC Northern District of California Civil Local Rule 6-3(a) to amend the Pretrial Preparation Order to extend

[PROPOSED] ORDER

1

the time to move for summary judgment on the counterclaim for misappropriation of trade secrets in Defendant Diamond Imports' First Amended Counterclaim for Damages to January 11, 2017;

for the reasons stated by defendants in their opposition, Kapu Gems, having failed to demonstrate good cause to amend the Pretrial Preparation Order to extend the time to move for summary judgment on the counterclaim for misappropriation of trade secrets until January 11, 2017;

~~FOR GOOD CAUSE,~~ IT IS HEREBY **ORDERED** that Kapu Gems' motion to amend the Pretrial Preparation Order is denied.

**IT IS SO ORDERED**

DATED: December 15, 2016

*[signature]*
MAXINE M. CHESNEY
HONORABLE JUDGE OF THE UNITED
STATES DISTRICT COURT

[~~PROPOSED~~] ORDER

2