IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAPU GEMS, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIAMOND IMPORTS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03531-MMC<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |
| DIAMOND IMPORTS, INC.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>KAPU GEMS, et. al.,<br><br>　　　　Counterdefendants. | |

The Court, having been advised that the parties have reached a settlement of their claims in the above-titled action, the pretrial conference and trial dates previously set are hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge